IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

AMANDA U. AJULUCHUKU,

    Plaintiff,

v.

SUNTRUST BANKS, INC.,

    Defendant.

CIVIL ACTION NO.
1:05-CV-02908-JEC

### ORDER

This case is before the Court on a letter written on December 12, 2005 by Jason Sammis, counsel for defendant. This case was filed on November 14, 2005 by the plaintiff. Defendant has filed a motion to dismiss. As defense counsel notes in his letter, plaintiff has filed in excess of 30 cases in this Court and around 160 cases elsewhere in the nation. The above cases before this Court are under review for dismissal.

In the present case, plaintiff seeks $9 trillion dollars in damages because she allegedly sprained her ankle at one of defendant's banks and she claims that an apparently angry interaction with one of the bank's employees led to this sprain. The Court notes that the type of allegations filed by plaintiff in this case fit the pattern of allegations that she has filed in other cases.

AO 72A
(Rev.8/82)

Defense counsel has written the Court a letter, however, because he is concerned about Ms. Ajuluchuku's inappropriate behavior in her interactions thus far with counsel. Counsel makes reference to the fact that, in a different case before this Court, the plaintiff had shown up at the home of opposing counsel's parents and that this Court had to issue a restraining order directing that plaintiff have no further contact with counsel. Counsel in this case indicates that plaintiff has indicated, in her response to the motion to dismiss in this case, that she and this other attorney were going to get married.

In short, Mr. Sammis would understandably like to minimize any interaction with plaintiff until the motion to dismiss can be ruled on and he has requested a stay of the action. The Court **grants** Mr. Sammis' letter motion for a stay. This action is now stayed until further order of the Court. **Plaintiff shall have no contact-- written, physical, telephonic, computer, email, or otherwise--with opposing counsel in this action.**

The above action is hereby **STAYED** until further order.

SO ORDERED, this __16__ day of December, 2005.

JULIE E. CARNES
UNITED STATES DISTRICT JUDGE

2